LUCIANNO *v*. LANE, WARDEN, INDIANA STATE PRISON.

[No. 0-747. Filed February 10, 1965.]

*Antone Lucianno, pro se.*

MYERS, J.—This is a petition for a writ of *habeas corpus,* addressed directly to this court. We cannot consider such a petition because the Supreme Court of Indiana has no original jurisdiction to issue writs of *habeas corpus. Jones* v. *Dowd, Warden* (1941), 219 Ind. 114, 37 N. E. 2d 68; *Rash* v. *Howard, Warden* (1948), 226 Ind. 546, 82 N. E. 2d 88. Consequently, the petition must be dismissed.

Petition dismissed.

Arterburn, C. J., and Achor, Jackson and Landis, JJ., concur.

NOTE.—Reported in 204 N. E. 2d 220.